JS - 6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE EDWARD LESTER,<br><br>               Petitioner,<br>    v.<br><br>MAURICE JUNIOUNS, Warden,<br><br>               Respondent. | Case No. CV 11-7247-MWF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 25, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge